*held*
*4'/2 hrs*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joseph G. Lynch,  PJO
450 Main Street
Hartford
Chambers Room 135 - Annex

November 13, 2003

10:00 A.M.

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR
RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT
REASONABLE REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE
BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE
RESULTS IN AN ADJUDICATION.  EACH PARTY NECESSARY TO
CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET
FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY
SHALL FAX TO ATTORNEY JOSEPH G. LYNCH AT 860-548-0006 A MARKED
CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES);
3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5)
PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT
DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE
SETTLEMENT.

CASE NO. **3:03CV606(RNC)**     **Dwyer v. Procare**

Nicole C. Chomiak
Nuzzo & Roberts
One Town Center, PO Box 747
Cheshire, CT 06410

Leon M. Rosenblatt
Lynn M. Mahoney
10 North Main St.
Suite 214
West Hartford, CT 06107

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK