UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JAMES M. DWYER | * | |
| Plaintiff, | * | CIVIL ACTION: 303CV0606 (RNC) |
| | * | |
| v. | * | |
| | * | |
| PROCARE USA, LLC | * | DECEMBER 31, 2003 |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1), the parties stipulate that the above-captioned case is withdrawn with prejudice as to the Plaintiff James M. Dwyer.

THE PLAINTIFF
By: _/s/ Lynn M. Mahoney_
Attorney Lynn M. Mahoney (ct20996)
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066

THE DEFENDANT
By: _/s/ Nicole Chomiak_
Nicole C. Chomiak (ct18547)
Nuzzo & Roberts, LLC
One Town Center, P.O. Box 747
Cheshire, CT 06410
(203) 250-2000