UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
***************************************
JAMES M. DWYER                    *
      Plaintiff,                  *         CIVIL ACTION: 303CV0606 (RNC)
                                  *
v.                                *
                                  *
PROCARE USA, LLC                  *         DECEMBER 31, 2003
      Defendants.                 *
***************************************
```

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1), the parties stipulate that the above-captioned case is withdrawn with prejudice as to the Plaintiff James M. Dwyer.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Attorney Lynn M. Mahoney (ct20996) | Nicole C. Chomiak (ct18547) |
| Law Offices of Leon M. Rosenblatt | Nuzzo & Roberts, LLC |
| 10 North Main Street | One Town Center, P.O. Box 747 |
| West Hartford, CT 06107 | Cheshire, CT 06410 |
| (860) 523-8066 | (203) 250-2000 |