UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************
JAMES M. DWYER            *
    Plaintiff,            *       CIVIL ACTION: 303CV0606 (RNC)
                         *
v.                       *
                         *
PROCARE USA, LLC         *       DECEMBER 31, 2003
    Defendants.          *
*****************************************

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1), the parties stipulate that the above-captioned case is withdrawn with prejudice as to the Plaintiff James M. Dwyer.

THE PLAINTIFF
By: _____
Attorney Lynn M. Mahoney (ct20996)
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066

THE DEFENDANT
By: _____
Nicole C. Chomiak (ct18547)
Nuzzo & Roberts, LLC
One Town Center, P.O. Box 747
Cheshire, CT 06410
(203) 250-2000

January 7, 2004.    Approved. So ordered.
Robert N. Chatigny, U.S.D.J.